UNITED STATES DISTRICT COURT        EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| *versus* | § | NO. 1:14-CR-00065-MAC |
| | § | |
| | § | |
| RUSSELL LEON JOHNSON, III | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable John D. Love, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

As detailed in Judge Love's report, Defendant plead true to violating the conditions of supervision as alleged in the third allegation of the government's petition. Judge Love recommended:

1. finding the Defendant violated the third allegation in the petition by possessing methamphetamine;

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the Defendant to a term of 12 months imprisonment, with no supervised release to follow, to be served consecutively to the state sentence imposed in Case No. 26-0015X in the 71st District Court of Harrison County, Texas.

At the close of the revocation hearing, the Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report. The Defendant also waived his

right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Russell Leon Johnson, III's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

 SIGNED at Beaumont, Texas, this 3rd day of August, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE